**Henry C. HAYES, III, Plaintiff–
Appellant,**

v.

**State of SOUTH CAROLINA; South
Carolina Department of Corrections,
Defendants–Appellees.**

No. 00–7490.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

---

Henry C. Hayes, III, pro se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Henry C. Hayes, III, a South Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.1998). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Hayes v. South Carolina,* No. CA–00–2147–6 (D.S.C. Sept. 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*